IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED JAMES MORLEY,

    Petitioner,               No. CIV S-07-1083 LKK KJM P

    vs.

TOM L. CAREY,

    Respondent.          ORDER

_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's December 27, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 23, 2008 motion for an extension of time (docket no. 10) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's December 27, 2007 motion to dismiss.

DATED: January 31, 2008.

                                  _____
                                  U.S. MAGISTRATE JUDGE

/mp
morl1083.111